**Order entered June 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01252-CV

**WELLS FARGO BANK, N.A., AS SUCCESSOR TRUSTEE TO CHASE BANK OF TEXAS, N.A., FOR THE REVOCABLE TRUST ESTABLISHED BY ANGELA LEIGH SIMPSON STARRETT BY AGREEMENT DATED SEPTEMBER 8, 1999, Appellant**

**V.**

**ANGELA LEIGH MILITELLO, F/K/A ANGELA LEIGH SIMPSON STARRETT, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-06211**

## ORDER

We **GRANT** appellee's June 1, 2016 unopposed second motion for an extension of time to file a brief and extend the time to **JUNE 14, 2016**. No further extension will be granted absent extenuating circumstances.

          /s/     CRAIG STODDART
                   JUSTICE